# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

CHRISTOPHER WEEKS,

            PLAINTIFF,

    v.

SGT. DAVID FILIGHERA, ET AL.,

            DEFENDANTS.

Case No. 6:20-cv-06721

NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the Declaration of Edward Sivin, Esq., dated September 11, 2025 and all exhibits attached thereto, the Memorandum of Law in Support of a Motion for Attorney's Fees dated September 11, 2025, and upon all the papers and proceedings had herein, Plaintiff Christopher Weeks will move this Court, before the Honorable Frank P. Geraci, Jr., at the United States Courthouse for the Western District of New York located at 100 State Street, Rochester, NY 14614 on a date and at a time to be designated by the Court, for an Order pursuant to 42 U.S.C. § 1988 awarding Plaintiff attorneys' fees against Defendant C.O. Scott Killingbeck in the amount of $228,077.50, and reimbursement of litigation expenses in the amount of $7,411, together with such other and further relief. as the court deems just, proper, and equitable.

Dated: New York, New York
      September 11, 2025

s/ Edward Sivin
Edward Sivin
Sivin, Miller & Roche LLP
Attorneys for Plaintiff
20 Vesey Street, Suite 1400
New York, NY 10007
Telephone: (212) 349-0300
E-mail: esivin@sivinandmiller.com