UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHAD STANBRO,

                  Plaintiff,

           -against-

WESTCHESTER COUNTY HEALTH
CARE CORPORATION, WESTCHESTER
MEDICAL CENTER, FRANK WEBER and
JOHN FULL,

                  Defendants.
-------------------------------------------------------------X
CHAD STANBRO,

                  Plaintiff,

           -against-

CORRECTION OFFICER NADYA PALOU,
CORRECTION OFFICER RAYMOND DEAL,
CORRECTION OFFICER KRISTOFER LEONARDO,
CORRECTION OFFICER RICHARD LANDRY,
CORRECTION NURSE GARY PAGLIARO and
CORRECTION SERGEANT ENRIQUE TORRES,

                  Defendants.
-------------------------------------------------------------X

7:19-cv-10857 (KMK-JCM)

**DECLARATION OF
GARY LEVINE, ESQ.**

7:20-cv-01591 (KMK-JCM)

      GARY LEVINE, ESQ. declares the following to be true under penalty of perjury,

pursuant to 28 USC § 1746:

      I submit this Declaration in connection with the application by the law firm of

Sivin & Miller, LLP for an award of attorney's fees in the above matters.

1. I am a recently retired attorney licensed in the state of New York. I practiced from

    1984 until my retirement in October 2020.

2. The law firm of Sivin and Miller asked me to submit this declaration regarding their application for fees before this Court.

### BACKGROUND

3. I am a 1983 graduate of the Syracuse College of Law.

4. From 1984-1988 I was an assistant district attorney in Monroe County (Rochester), N.Y., where I tried numerous jury trials.

5. From 1988 to 2000 I was in private practice in Rochester, N.Y., where I litigated criminal and civil cases and tried many of those cases.

6. From 2000 until 2020 I was an Assistant New York State Attorney General defending the state and it's employees in civil lawsuits, predominantly in U.S. District Court in Rochester, N.Y. I handled numerous jury trials during my time with the Attorney General's Office.

7. I estimate over my career I have tried about 100 jury trials with about 25 in federal court.

8. At the Attorney General's Office I was the Deputy Assistant Attorney General in Charge of the Rochester Regional office as well as the Acting Attorney General in Charge of that office.

9. As part of my responsibilities with the Attorneys General's office, I trained lawyers in federal litigation and trial practice in the Rochester Office as well as other offices around the state.

10. I have lectured within the office and elsewhere regarding federal litigation practices.

11. My practice with the Attorney General's office was predominantly litigating federal civil rights cases. Most of those cases related to defending corrections officers.

### SIVIN AND MILLER

12. Most of the civil rights trials I defended ended in defense verdicts. I have litigated with Sivin and Miller on at least two occasions. Both matters ended in jury verdicts in favor of the plaintiff.

13. I dealt with Mr. Sivin on the litigation leading up to the trials and with Mr. Miller during the trial process.

14. They are experienced civil rights attorneys, and as a result, they know the issues that arise in 42 U.S.C. 1983 litigation.

15. They were always well prepared, factually and legally.

16. Mr. Miller is very good before a jury.

17. Sivin and Miller's reputation in the Rochester Regional office was excellent. The attorneys in our office knew that if Sivin and Miller was representing the plaintiff that matter would be properly and thoroughly litigated.

18. In short, Sivin and Miller are very good civil rights attorneys. Perhaps the highest praise I could offer, is if my family member needed counsel on a civil rights matter in New York, I would refer them to Sivin and Miller.

Dated: March 15, 2023

_____

GARY LEVINE