UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHAD STANBRO,

          Plaintiff,

      -against-

WESTCHESTER COUNTY HEALTH
CARE CORPORATION, WESTCHESTER
MEDICAL CENTER, FRANK WEBER and
JOHN FULL,

          Defendants.
-------------------------------------------------------------X
CHAD STANBRO,

          Plaintiff,

      -against-

CORRECTION OFFICER NADYA PALOU,
CORRECTION OFFICER RAYMOND DEAL,
CORRECTION OFFICER KRISTOFER LEONARDO,
CORRECTION OFFICER RICHARD LANDRY,
CORRECTION NURSE GARY PAGLIARO and
CORRECTION SERGEANT ENRIQUE TORRES,

          Defendants.
-------------------------------------------------------------X

7:19-cv-10857

**DECLARATION OF**
**ANDREW LAUFER, ESQ.**

7:20-cv-01591

      ANDREW LAUFER declares, pursuant to 28 USC § 1746, under penalty of perjury, as follows:

      I submit this Declaration in support of the application of Sivin & Miller, LLP for an attorneys' fee award in the above matter, which I understand involves allegations of civil rights violations against an incarcerated individual pursuant to *42 U.S.C. § 1983*.

      I am the senior member of the Law Office of Andrew C. Laufer, PLLC, located at 264 West 40th Street in Manhattan, a firm that focuses exclusively on plaintiff's litigation. Over the past 23 years, the firm's focus has shifted primarily to cases involving police misconduct and correction officer misconduct, both in federal and state court. I was admitted to the NY State bar

in 1998, and also am admitted to the U.S. District Court for the Eastern and Southern Districts of New York and the U.S. Second Circuit Court of Appeals. I also am on the Board of the Directors of the New York State Trial Lawyers Association (NYSTLA) and am a member of the National Police Accountability Project (NPAP). In 2017 and in March of 2019, as a member of NYSTLA, I co-chaired with New York State Supreme Court Justice Hon. Lucy Billings a CLE course for lawyers entitled "Litigating Police Use of Excessive Force" and "Police Misconduct: The Nuts and Bolts", respectively. I also gave a NYSTLA CLE course entitled "Municipal Liability: The Plaintiff's Arsenal." In 2016 I published an article in the NYSTLA publication "Bill of Particulars" entitled "The Heightened Pleading Standard Fallacy," in which I addressed pleading standards for civil rights cases brought in NY State courts. In the Summer of 2018 I submitted another article to the same publication entitled "Rebutting the Presumption of Probable Cause: Overcoming an Indictment" which is in the editorial phase and has yet to be published. This article addresses how to develop a question of fact as to whether law enforcement had probable cause to arrest or prosecute a suspect.

I have known Edward Sivin and Glenn Miller for over 26 years, primarily due to our mutual work in the area of civil rights litigation. I can state without equivocation that Messrs. Sivin and Miller are among the most skilled and experienced lawyers in the area of police and correction officer misconduct litigation. Moreover, based on my work with other civil rights lawyers and my membership in NPAP and NYSTLA, I am aware that other lawyers who practice civil rights litigation share my view of Sivin & Miller, LLP, and that the firm's reputation among civil rights lawyers is that they are among the very best in that field. For the reasons stated above, I frequently consult with Edward Sivin and Glenn Miller on issues involving police and correction officer misconduct and civil rights violations.

Based upon my research on attorneys' fee applications in Section 1983 cases, I am aware that courts in the Southern and Eastern Districts of New York have authorized fees up to

$750 per hour for the most experienced civil rights lawyers.  This is a category in which certainly would include Sivin & Miller, LLP.


Dated:  New York, New York
            March 8, 2023

_____
ANDREW LAUFER