UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHAD STANBRO,

                Plaintiff,

          -against-

WESTCHESTER COUNTY HEALTH
CARE CORPORATION, WESTCHESTER
MEDICAL CENTER, FRANK WEBER and
JOHN FULL,

                Defendants.
-----------------------------------------------------------X
CHAD STANBRO,

                Plaintiff,

          -against-

CORRECTION OFFICER NADYA PALOU,
CORRECTION OFFICER RAYMOND DEAL,
CORRECTION OFFICER KRISTOFER LEONARDO,
CORRECTION OFFICER RICHARD LANDRY,
CORRECTION NURSE GARY PAGLIARO and
CORRECTION SERGEANT ENRIQUE TORRES,

                Defendants.
-----------------------------------------------------------X

7:19-cv-10857 (KMK-JCM)

**DECLARATION OF**
**PATRICK MANTIONE, ESQ.**

7:20-cv-01591 (KMK-JCM)

Patrick Mantione, declares pursuant to U.S.C Sec. 1746, under penalty of perjury, as follows:

1. I have been a member of the New York State Bar since 1995.

2. This declaration is submitted in support of the motion by Sivin and Miller, L.L.P. for an order awarding attorney's fee in connection with the above matter.

3. From 1995 to September of 2022, I worked for the Office of Corporation Counsel for the City of New York. I was a trial attorney for twenty-five of those years and I was the Deputy Chief of Trials in Queens during the

last five years of my time there. For twenty of those years, I was a senior trial attorney and I tried the most difficult, complex, and high exposure cases. These cases include, but are not inclusive of police shootings, U.S.C. Sec 1983, false arrest, false imprisonment, malicious prosecution, wrongful death, motor vehicle, Labor Law, quadriplegia, paraplegia, missing limbs, lead paint and mold cases. For the last twenty years of my career, I also developed and taught a program to teach new trial attorneys on the art of trying cases. Currently, I try cases for other attorneys and law firms as both a plaintiff and defense attorney.

4. I have tried two cases against Sivin and Miller and have supervised numerous others while as a Trial Deputy in Queens. Over the years, I have tried cases against many different plaintiff attorneys with various skill levels. Glenn Miller is one of the most experienced and skillful trial attorneys that I have ever tried a case against. Glenn is extremely personable and well prepared. He understands the strengths and weaknesses of his case and is a fierce advocate for his clients. Glenn understands when he needs to concede an issue. He exploits the weaknesses of his opponents' cases. Glenn is extremely adept at the cross examination of police officers. On the cases that I tried, Ed Sivin prepared the memorandums of law and the jury charges. Both were well written, thoroughly researched and persuasive. I was not the only one who found Sivin and Miller to be excellent adversaries. As a supervisor, I made sure that my trial attorneys spent extra time preparing the cases that they were involved in. Other supervisors, in other boroughs adopted the same policy when it came to cases involving their law firm.

5. My understanding is that the firm of Sivin and Miller is seeking an award of attorney's fees of $700.00 per hour. Based on my knowledge of allowable attorneys' fees payable to lawyers in the Southern District of New York and based on my personal knowledge of their skill and experience, I view that to be more than a reasonable hourly rate.

Dated: East Northport, New York
      March 14, 2023

_____
Patrick Mantione