**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

November 3, 2020

Vincent M. Miranda, Esq.
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202

  Re: <u>Tranchina v. McGrath, et al.</u>, 17-cv-1256 (NDNY)

Dear Mr. Miranda:

We are in receipt of your letter to Acting Commissioner Anthony Annucci ("Acting Commissioner") dated October 27, 2020, seeking certification for payment on behalf of your client, Justin McGrath, for the judgment entered against him by Order dated October 1, 2020. The jury found against your client and awarded plaintiff $190,000.00 in compensatory damages and $50,000.00 in punitive damages.

Please consider this formal notice that, on behalf of the Acting Commissioner, your client's request for certification in connection with the above-referenced matter is hereby denied based upon his intentional wrongdoing and/or other wrongful actions that went beyond the scope of his public employment or duties. This denial is rendered in accordance with the provisions of Public Officers Law §17.

       Regards,

       Cathy Y. Sheehan
       Acting Deputy Commissioner and Counsel

CYS:35

cc: Meg Levine, Esq

---

The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050 | (518) 457-8126 | www.doccs.ny.gov