## EDWARD SIVIN WEEKS HOURS

| | | |
|---|---|---|
| 07-02-20 | Discuss case with JM after he and DR met with client | .3 |
| 09-15-20 | Review entire file; phone call with client to clarify issues; draft file memo re file review and re next steps in case; begin drafting complaint | 4.7 |
| | Complete drafting complaint and email JE re instructions for filing | 1.5 |
| 09-17-20 | Review case assignment order, notice of availability, and issuance of Summonses (.4); forward summons to process server w/ instructions (.2) | .6 |
| 09-23-20 | Review notification from clerk re filing error, and discuss with J.E. | .3 |
| 11-05-20 | Review Notice of Appearance by defense counsel | .1 |
| 11-18-20 | Review second Notice of Appearance by defense counsel | .1 |
| 12-07-20 | Review defendants' answer to complaint; review file to see if any merit to affirmative defenses | .7 |
| 01-13-21 | Review text order re referral to magistrate; mull over alternatives | .3 |
| 01-15-21 | Review text order re telephone conference | .1 |
| 02-02-21 | Review discovery plan as filed by defense counsel | .2 |
| 02-17-21 | Review file to prepare for tomorrow's scheduling conference; back and forth with AAG re same | .8 |
| 02-18-21 | Attend scheduling conference and draft memo re same | .5 |
| 02-22-21 | Review file; draft Interrogatories, Document Requests, Notice to Take Depositions, Rule 26 exchange, and cover letter; serve via email | 3.5 |
| 03-03-21 | Review additional notice of appearance by defense counsel | .1 |
| 03-05-21 | Review filed affidavit of service on Anna Domedion | .1 |
| 04-09-21 | Review answer to complaint and compare to prior answer | .3 |
| 07-27-21 | Review amended scheduling order as filed by court; draft memo re same | .5 |
| 08-30-21 | Review file and meet with CR to discuss upcoming depos of defendants | 1.3 |
| 10-05-21 | Review scheduling order on motion to compel disclosure; discuss with CR | .4 |

| | | |
|---|---|---|
| 10-19-21 | Review defense counsel's response to motion to compel | .5 |
| 10-22-21 | Review CR's reply papers re motion to compel | .5 |
| 11-02-21 | Review order on motion to compel disclosure; draft memo re same | .6 |
| 11-23-21 | Review Scott Kelly declaration filed by defense counsel | .3 |
| 04-19-22 | Review text order re dispositive motions and draft memo re same | .3 |
| 04-28-22 | Review text order re status conference; review schedule re trial dates | .4 |
| 05-16-22 | Review text order re rescheduling conference | .1 |
| 05-24-22 | Review text order re trial date | .1 |
| 06-30-22 | Review pretrial order filed by court | .4 |
| 08-12-22 | Discussion with CR re filing letter to court re plaintiff's status | .2 |
| 08-14-22 | Review and edit CR's pre-trial submissions | .7 |
| 08-15-22 | Review defense counsels' proposed voir dire | .2 |
| 08-15-22 | Review and edit CR's proposed jury instructions | 1.1 |
| 08-16-22 | Review and edit CR's undisputed facts | .4 |
| 08-17-22 | Review defendant's motion in limine; discuss with staff | .5 |
| 08-22-22 | Review court's text order re various issues | .2 |
| 08-23-22 | Review and edit CR's motion in limine | .6 |
| 08-29-22 | Review defense counsel letter re motion in limine | .2 |
| 08-30-22 | Discuss today's final pre-trial conference with staff, and then review Court's minute entry via same | .5 |
| 09-07-22 | Review minute entry re adjournment of trial | .1 |
| 10-04-22 | Review court's decision on motion in limine | .5 |
| 11-07-22 | Review stipulation and order as filed re voluntary partial dismissal | .3 |

| Date | Description | Hours |
|---|---|---|
| 11-10-22 | Review pretrial order and discuss with staff | .3 |
| 11-17-22 | Review text order re new date for jury trial | .1 |
| 03-22-23 | Review text order re court's request for status report; discuss with staff | .2 |
| 05-09-23 | Review and edit CR's proposed jury instructions | .8 |
| 05-10-23 | Review defense counsel's proposed voir dire | .2 |
| 05-11-23 | Review text order re remote conference | .1 |
| 05-17-23 | Review and edit CR's motion in limine | .4 |
| 06-20-23 | Review text order re court's request for status; discuss with staff | .3 |
| 06-23-23 | Review text order for rescheduling trial | .1 |
| 07-18-23 | Initial review of defendants' motion to dismiss | 1.2 |
| 08-14-23 | Review/edit JE's first draft of papers in opposition to motion to dismiss | 2.0 |
| 08-14-23 | Review/edit JE's second draft | 1.7 |
| 08-16-23 | Review/edit JE's final draft | .5 |
| 09-15-23 | Review text order rescheduling conference | .1 |
| 09-22-23 | Review court's decision on motion to dismiss; draft memo re same | .8 |
| 09-26-23 | Review minute entry re status conference | .1 |
| 12-14-23 | Prepare for and attend phone conference with court; draft memo re same and re next steps | .6 |
| 12-14-23 | Review minute entry re conference | .1 |
| 01-24-24 | Review minute entry re status conference | .1 |
| 01-25-24 | Review pretrial order and draft memo re same | .4 |
| 05-15-24 | Review defense proposed voir dire | .4 |
| 05-29-24 | Review defendants second motion to dismiss and discuss with staff | .6 |
| 05-30-24 | Review text order re motion schedule | .1 |

| | | |
|---|---|---|
| 06-03-24 | Discuss defendants' second MTD with staff | .3 |
| 06-05-24 | Review and propose revisions to JE's opposition papers | 1.2 |
| 06-12-24 | Review and propose revisions to JE's opposition papers | 2.5 |
| 06-18-24 | Review defendants' reply papers on motion to dismiss | .4 |
| 07-24-24 | Review text order and minute entry from court | .2 |
| 11-06-24 | Review amended pretrial order | .3 |
| 01-07-25 | Review text order reassigning magistrate judge; research judge and Discuss with staff | .6 |
| 02-12-25 | Review court's decision on various pre-trial matters; discuss with staff | .4 |
| 02-19-25 | Review writ of habeas corpus filed by court | .2 |
| 03-13-25 | Review defense counsel notice of appearance and research background | .3 |
| 05-21-25 | Review defendant's post-trial motion and begin research on same | 2.6 |
| 05-22-25 | More legal research, and begin drafting opposition papers | 6.0 |
| 05-24-25 | More legal research on motion | 1.7 |
| 05-27-25 | More work on opposition papers | 2.0 |
| 05-29-25 | Complete opposition papers | .8 |
| 08-14-25 | Review court's decision on defendants' post-trial motion; memo re same | .6 |
| 08-30-25 | Begin work drafting fee application | 4.2 |
| 09-04-25 | More work on fee application | 3.5 |
| 09-05-25 | More work on fee application | 3.5 |
| 09-09-25 | More work on fee application | 2.6 |
| 09-09-25 | More edits to fee application memo of law | 2.0 |
| | Total: | 72.2 |