Glenn Miller Weeks Hours

| Date | Description | Hours |
|---|---|---|
| 6/23/2021 | Prepare for deposition of Plaintiff | 2.5 |
| 6/23/2025 | Meet with Client to prepare for deposition | 1.5 |
| 6/24/2021 | Deposition of Plaintiff | 4.5 |
| | Deposition memo | 1 |
| 9/9/2021 | Prepare for Filighera deposition with CR | 1.5 |
| 9/10/2025 | deposition of Sgt. Filighera | 3 |
| | deposition of CO Jones | 1.5 |
| 9/20/2025 | Deposition of CO Kielma | 2.5 |
| 9/23/2025 | Deposition of Gentner | 0.6 |
| | Deposition of Nurse Domedian | 1.5 |
| | Deposition of Yelen | 2 |
| 4/16/2025 | Prepare with Dave Roche on exhibits | 2.5 |
| 4/17/2025 | Prepare with Dave Roche on cross of defendants | 2 |
| 4/21/2025 | Meetiing with DR (by phone) on direct of Plaintiff | 0.5 |
| 4/22/2025 | Meeting with DR (by phone) on cross of Filighera | 1 |
| 4/23/2025 | Review summation and jury charge with DR | 1.5 |
| 4/24/2025 | Discuss potential correcctions to Court's jury charge | 0.5 |
| 4/25/2025 | Periodic conferrals with DR on jury deliberations | 1 |
| | Total Hours: | 31.1 |